Joseph Perlman, appellee, v. Sam Samson, appellant. Gen. No. 38,212.

Opinion filed April 22, 1936. Rehearing denied May 5, 1936.

Landis, Landis & Landis, for appellant; Alvin Landis, of counsel. William B. Steinberg, for appellee.

Mr. Presiding Justice Hall delivered the opinion of the court.